OPINION — AG — **** COURT REPORTERS — STATE RETIREMENT SYSTEM **** UNDER THE PROVISIONS OF S.B. NO. 191, SECTION 5, 32ND OKLAHOMA LEGISLATURE, FIRST SESSION, (1969), A COURT REPORTER WHO ON JANUARY 12, 1969, WAS A MEMBER OF A COUNTY RETIREMENT SYSTEM NOT PARTICIPATING IN THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM HAS THE OPTION OF REMAINING UNDER THE COUNTY SYSTEM OR BECOMING A MEMBER OF THE STATE SYSTEM. CITE: 19 O.S. 1967 Supp., 215.14 [19-215.14] (W. J. MONROE)